# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RAQUEL R. MCBURNEY |
| **Case Number:** | 14-00536-MM13        **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 10, 2014 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | COLLETTA BROOKS |

### *Matters:*

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY WELLS FARGO BANK (fr. 5/27/14)

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY WESTVALE CAPITAL, LLC (fr. 5/27/14)

3) MOTION FOR RELIEF FROM STAY, RS #RTL-1 FILED BY WESTVALE CAPITAL, LLC (fr. 5/27/14)

### *Appearances:*

RICHARD STEVENSON, ATTORNEY FOR TRUSTEE
CHARLES FOUGERON, ATTORNEY FOR RAQUEL MCBURNEY
RUSSEL LITTLE, ATTORNEY FOR WESTVALE CAPITAL, LLC
SAMY HEINEIN, ATTORNEY FOR WELLS FARGO BANK

### *Disposition:*

1 - 3) Continued to 7/8/14 @ 10:00 AM, Department 1.

Debtor to serve and file an amended plan.  Mr. Little to submit an order regarding access to property by appraiser by 6/17/14.  If access not granted the motion for relief from stay may be approved.  Debtor to submit evidence of loan modification and proof of income by 7/1/14.